**2013–1697. Roby v. Horton.**

In Procedendo. On complaint in procedendo of Paul Roby. Cause dismissed as moot.

O'Connor, C.J., and Pfeifer, O'onnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1721. Trammell v. Cook.**

In Habeas Corpus. On petition for writ of habeas corpus of Raleigh Trammell. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

**2013–1740. State ex rel. Campbell v. Hamilton Cty. Court of Common Pleas.**

In Habeas Corpus. On petition for writ of habeas corpus of Arthur Campbell. Sua sponte, cause dismissed.

O'Connor, C.J., and Pfeifer, O'Donnell, Lanzinger, Kennedy, French, and O'Neill, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2010–1373. State v. Thompson.**

Summit App. No. CR2008072390. On motion for determination of jurisdiction and request for oral argument. Motions denied.

**2012–1212. State v. Montgomery.**

Franklin App. No. 10–CR–7125. On motion for expedited consideration. Motion denied.

O'Donnell, J., dissents.

**2012–1755. State ex rel. Sheppard v. Indus. Comm.**

Franklin App. No. 11AP–553, 2012-Ohio-4301. On request for oral argument. Request denied.

**2013–0090. State ex rel. Evans v. Marshall.**

In Mandamus and Procedendo. On motion for relief from judgment. Motion denied.

**2013–0828. State ex rel. Harris v. Scott.**

Franklin App. No. 13AP–295. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

French, J., not participating.

**2013–1689. State v. Johnson.**

Summit App. No. 26782. On motion for delayed appeal. Motion denied.

O'Connor, C.J., not participating.

Kennedy and O'Neill, JJ., dissent.

**2013–1702. State v. Chapman.**

Summit App. No. 26175, 2013-Ohio-357. On motion for delayed appeal. Motion denied.

**2013–1709. Bank of New York Mellon v. Casey.**

Fairfield App. No. 13–CA–26, 2013-Ohio-4686. On motion for stay of lower court case(s). Motion denied.

O'Donnell, J., dissents.

**2013–1722. State v. Barnett.**

Scioto App. No. 12CA3527, 2013-Ohio-3838. On motion for delayed appeal. Motion denied.

Pfeifer and O'Neill, JJ., dissent.

**2013–1724. State v. Brusiter.**

Cuyahoga App. No. 98614, 2013-Ohio-1445. On motion for delayed appeal. Motion denied.

**2013–1785. State v. Vinson.**

Butler App. No. CA2012–09–179, 2013-Ohio-1844. On motion for delayed appeal. Motion denied.

O'Neill, J., dissents.

**2013–1856. Sunset Estate Properties, L.L.C. v. Lodi.**

Medina App. No. 12CA0023–M, 2013-Ohio-4973. On motion for immediate stay of court of appeals' judgment. Motion denied.

Pfeifer, O'Donnell, and Lanzinger, JJ., dissent.